IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUBURN RACQUET CLUB, INC., et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 2:20-cv-2666-AB |

**NOTICE OF VOLUNTARY DISMISSAL**

　　Plaintiffs Auburn Racquet Club, Inc., Jack Drimmer, and Crossroads Investments, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses without prejudice their claims against Defendant Philadelphia Indemnity Insurance Company.

　　No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: October 23, 2024　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kelly K. Iverson
　　　　　　　　　　　　　　　　　　　　　　　　Gary F. Lynch (PA 56887)
　　　　　　　　　　　　　　　　　　　　　　　　Kelly K. Iverson (PA 307175)
　　　　　　　　　　　　　　　　　　　　　　　　**LYNCH CARPENTER LLP**
　　　　　　　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　　　　　P: 412-322-9243
　　　　　　　　　　　　　　　　　　　　　　　　F: 412-231-0246
　　　　　　　　　　　　　　　　　　　　　　　　gary@lcllp.com
　　　　　　　　　　　　　　　　　　　　　　　　kelly@lcllp.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*